USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANCE ARTHUR WELLINGTON
*individually and on behalf of all others
similarly situated,*

                                  Plaintiff,

                    v.

MARKEL CORPORATION, THOMAS S.
GAYNER, RICHARD R. WHITT, III, ANNE
G. WALESKI and JEREMY A. NOBLE,

                                  Defendants.

No.  19-CV-1947 (RA) [rel. 19-CV-319]

ORDER

RONNIE ABRAMS, United States District Judge:

On March 1, 2019, Plaintiff filed a class action lawsuit on behalf of a class of investors

who purchased or otherwise acquired stock in Markel Corporation between July 26, 2017 and

December 6, 2018.  The complaint alleges violations of Sections 10(b) and 20(a) of the Securities

Exchange Act of 1934 ("1934 Act").  The case has been assigned to me for all purposes and

designated as related to 19-CV-319 (the "Related Case").

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15

U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or
> plaintiffs shall cause to be published, in a widely circulated national business-oriented
> publication or wire service, a notice advising members of the purported plaintiff class –
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported
> > class period; and
>
> > (II) that, not later than 60 days after the date on which the notice is published, any
> > member of the purported class may move the court to serve as lead plaintiff of the
> > purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i).  The PSLRA also states that:

If more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter is filed, only the plaintiff or plaintiffs in the first filed action shall be required to cause notice to be published in accordance with clause (i).

15 U.S.C. § 78u-4(a)(3)(A)(ii).  The PSLRA requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of the class members.  See id. § 78u-4(a)(3)(B)(i).  The PSLRA further provides that in the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered.  See id. § 78u-4(a)(3)(B)(ii).

Accordingly, it is hereby:

ORDERED that, no later than March 20, 2019, Plaintiff shall inform the Court whether he intends to file notice of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i) or whether he believes further notice is not required under § 78u-4(a)(3)(A)(ii).  If Plaintiff intends to rely on the notice filed in the Related Action, briefing on the appointment of lead plaintiff and lead counsel shall adhere to the schedule set in the Related Action.  *See* 19-CV-319, Dkt. 5.

IT IS FURTHER ORDERED that Plaintiff shall participate in the conference in the Related Action, which has been scheduled for April 12, 2019 at 3:15 p.m. in Courtroom 1506 of the United States Courthouse, 40 Foley Square, New York, New York 10007 to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that Plaintiff shall promptly serve a copy of this Order on

2

each of the Defendants.

SO ORDERED.

Dated:   March 12, 2019
         New York, New York

_____
Ronnie Abrams
United States District Judge