**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Lesley F. Portnoy (LP-1941)
230 Park Ave., Suite, 530
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lportnoy@glancylaw.com

[Proposed] Co-Lead Counsel for Plaintiffs and Class

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BERGEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARKEL CORPORATION, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI, and JEREMY A. NOBLE,<br><br>Defendants. | **CASE No.: 1:19-cv-00319-RA**<br><br>**NOTICE OF MOTION OF MARK SMITH, DAVID BERGEN, SCOTT SIMON, AND MERLE KLEBANOFF TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

| | |
|---|---|
| LANCE ARTHUR WELLINGTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MARKEL CORPORATION, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI, and JEREMY A. NOBLE, <br><br> Defendants. | **CASE No.: 1:19-cv-01947-RA** <br><br> **CLASS ACTION** |
| GLEN COHEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MARKEL CORPORATION, ALAN I. KIRSHNER, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI and JEREMY A. NOBLE, <br><br> Defendants. | **CASE No.: 1:19-cv-02133** <br><br> **CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs Mark Smith, David Bergen, Scott Simon, and Merle Klebanoff ("Movants") hereby move this Court, the Honorable Ronnie Abrams, United States District Court Judge, on a date and at a time designated by the Court, for an order:

(a)     consolidating the above-captioned related actions;

(b)     appointing Movants to serve as Lead Plaintiffs in this action; and

(c)     approving Movants' selection of The Rosen Law Firm, P.A and Glancy Prongay & Murray LLP as Co-Lead Counsel for the litigation.

2

In support of this Motion, Movants submit: (i) the Memorandum of Law dated March 12, 2019 (and exhibits); and (ii) a [Proposed] Order: (1) Consolidating the Related Actions; (2) Appointing Lead Plaintiffs; and (3) Approving Lead Plaintiffs' Selection of Counsel.

Dated: March 12, 2019                     Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          /s/ Phillip Kim
                                          Phillip Kim, Esq. (PK 9384)
                                          Laurence M. Rosen, Esq. (LR 5733)
                                          275 Madison Avenue, 34th Floor
                                          New York, New York 10016
                                          Telephone: (212) 686-1060
                                          Fax: (212) 202-3827
                                          Email: pkim@rosenlegal.com
                                          Email: lrosen@rosenlegal.com

                                          **GLANCY PRONGAY & MURRAY LLP**
                                          Lesley F. Portnoy (LP-1941)
                                          230 Park Ave., Suite, 530
                                          New York, New York 10169
                                          Telephone: (212) 682-5340
                                          Facsimile: (212) 884-0988
                                          Email: lportnoy@glancylaw.com

                                          *[Proposed] Co-Lead Counsel for*
                                          *Plaintiffs and Class*

                                          **BRONSTEIN, GEWIRTZ &**
                                          **GROSSMAN, LLC**
                                          Peretz Bronstein
                                          60 East 42nd Street, Suite 4600
                                          New York, NY 10165
                                          Tel: (212) 697-6484
                                          Fax: (212) 697-7296
                                          Email: peretz@bgandg.com

                                          *Additional Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

4