# EXHIBIT 1





## Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Markel Corporation Investors

January 11, 2019 03:21 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Bergen v. Markel Corporation et al.*, (Case No. 1:19-cv-00319), on behalf of persons and entities that: a) purchased or otherwise acquired Markel Corporation (NYSE: MKL) ("Markel" or the "Company") securities between **July 26, 2017 and December 6, 2018**, inclusive (the "Class Period"). Plaintiff pursues claims under the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On December 6, 2018, the Company disclosed that "after having been contacted on November 30, 2018, it is fully cooperating with inquiries by US and Bermuda authorities into loss reserves recorded in late 2017 and early 2018 at Markel CATCo Investment Management Ltd and its subsidiaries." On this news, the Company's share price fell $99.70 per share, more than 8%, to close at $1048.23 per share on December 7, 2018, on unusually high trading volume, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's subsidiaries did not appropriately record loss reserves; (2) that, as a result, the loss reserves would need to be adjusted and/or restated; (3) that these misleading accounting practices would lead to regulatory scrutiny and financial loss to investors; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Markel securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and

Case 1:19-cv-00319-RA     Document 12-1     Filed 03/12/19     Page 3 of 3

number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#CLASSACTION     #INVESTORS     #FRAUD

## $Cashtags

$MKL