# EXHIBIT 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Markel Corporation. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Markel Corporation. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name:       MARK
Middle initial:   A.
Last name:        SMITH
Address:
City:             Redacted
State:
Zip:
Country:
Facsimile:
Phone:
Email:

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 10/15/2018 | 17 | 1155.00 |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:        YES

**Certification for MARK SMITH (cont.)**

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.          **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform
Electronic Transactions Act as adopted by the various states and territories of the
United States.

Date of signing: 03/11/2019

## SWORN CERTIFICATION OF PLAINTIFF

## MARKEL CORPORATION SECURITIES LITIGATION

I, David Bergen individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.    I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.    I did not purchase the Markel Corporation securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.    I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.    My transactions in Markel Corporation securities during the Class Period set forth in the Complaint are as follows:

      (See attached transactions)

5.    I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.    I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


1/9/2019
_____
     Date

DocuSigned by:

*David Bergen*
E7CAA64D205E4AC...
_____

                                David Bergen

**David Bergen's Transactions in**
**Markel Corporation (MKL)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/11/2017 | Bought | 5 | $1,113.4210 |
| 01/10/2018 | Bought | 68 | $1,126.0623 |
| 09/18/2018 | Sold | -5 | $1,203.9832 |

**Account 2\***

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/20/2017 | Bought | 4 | $1,073.6200 |
| 01/10/2018 | Sold | -61 | $1,116.6700 |

*Opening position: 103 shares

**Submission Date**

2019-03-12 17:32:04

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.   I  make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Markel Corporation ("Markel" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Markel securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Markel securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Markel securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

## Name

**Print Name**

Merle Klebanoff

**If Representing Corporation, Trust, Partnership or other entity, Name of Entity**

████████████

## Acquisitions

## Sales

## Documents & Message

**Signature**



**Full Name**

Merle Klebanoff

**Phone Number**

REDACTED

**Your E-mail Address**

**Mailing Address**

## SCHEDULE A

MERLE KLEBANOFF

CLASS PERIOD TRANSACTIONS

| PURCHASES | | | SALES | | |
|------|--------|------|------|--------|-------|
| **DATE** | **SHARES** | **PRICE** | **DATE** | **SHARES** | **PRICE** |
| 4/06/2018 | 40 | ($1153.1876) | | | |

Monday, March 4, 2019

# Markel (MKL)

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.    I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Markel Corporation ("Markel" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire Markel securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Markel securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Markel securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

**Name**

**Print Name**

scott simons

**Acquisitions**

**Configurable list (if none enter none)**

| Date Acquired | Number of Shares Acquired | Price per Share Acquired |
| --- | --- | --- |
| 5/3/2018 | 25 | 1118.5 |

| 8/30/2018 | 5 | 1193.31 |
| 10/10/208 | 5 | 1180.00 |
| 10/22/2018 | 5 | 1103.45 |
| 12/7/2018 | 15 | 1044.68 |

**Sales**

## Configurable list (if none enter none)

| Date Sold | Number of Shares Sold | Price per Share Sold |
| --- | --- | --- |
| 10/23/2018 | 5 | 1089.31 |
| 10/30/2018 | 35 | 1067.00 |
| 12/18/2018 | 15 | 101000 |

**Documents & Message**

### Upload your brokerage statements showing your individual purchase and sale orders.

[Markel Corp Statement.pdf](Markel Corp Statement.pdf)

### Your Message

Statement from Charles Schwab
Tele: 805-558-0167

### Signature



### Full Name

scott simons

### Phone Number

REDACTED

### Your E-mail Address

2

**Mailing Address**



3