# EXHIBIT 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Markel Corporation Loss Chart** | | | | | | | | | | | | $1,024.81 |
| Class Period: July 26, 2017 and December 6, 2018 | | | | | | | | | | | | |
| Mark Smith | 10/15/2018 | 17 | ($1,155.00) | ($19,635.00) | | | | | 17 | $17,421.77 | ($2,213.23) | |
| | | | | | | | | | | | | |
| David Bergen (Account 1) | 12/11/2017 | 5 | ($1,113.42) | ($5,567.11) | 9/18/2018 | 5 | $1,203.98 | $6,019.92 | | | | |
| | 1/10/2018 | 68 | ($1,126.06) | ($76,572.24) | | | | | | | | |
| | | 73 | | ($82,139.34) | | 5 | | $6,019.92 | 68 | $69,687.07 | ($6,432.36) | |
| | | | | | | | | | | | | |
| David Bergen (Account 2) | 10/20/2017 | 4 | ($1,073.62) | ($4,294.48) | 1/10/2018 | 4 | $1,116.67 | $4,466.68 | 0 | $0.00 | $172.20 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Scott Simon | 5/3/2018 | 25 | ($1,118.50) | ($27,962.50) | 10/23/2018 | 5 | $1,089.31 | $5,446.55 | | | | |
| | 8/30/2018 | 5 | ($1,193.31) | ($5,966.55) | 10/30/2018 | 35 | $1,067.00 | $37,345.00 | | | | |
| | 10/10/2018 | 5 | ($1,180.00) | ($5,900.00) | 12/18/2018 | 15 | $1,010.00 | $15,150.00 | | | | |
| | 10/22/2018 | 5 | ($1,103.45) | ($5,517.25) | | | | | | | | |
| | 12/7/2018 | 15 | ($1,044.68) | ($15,670.20) | | | | | | | | |
| | | 55 | | ($61,016.50) | | 55 | | $57,941.55 | 0 | $0.00 | ($3,074.95) | |
| | | | | | | | | | | | | |
| Merle Klebanoff | 4/6/2018 | 40 | ($1,153.19) | ($46,127.50) | | | | | 40 | $40,992.39 | ($5,135.11) | |
| | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | **($16,683.45)** | |