**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID BERGEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKEL CORPORATION, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI, and JEREMY A. NOBLE,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00319-RA<br><br>Hon. Ronnie Abrams |
| LANCE ARTHUR WELLINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKEL CORPORATION, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI, and JEREMY A. NOBLE,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01947-RA<br><br>Hon. Ronnie Abrams |
| GLEN COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKEL CORPORATION, ALAN I. KIRSHNER, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI and JEREMY A. NOBLE,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-02133-RAL<br><br>Hon. Ronnie Abrams |

**DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF THE MOTION OF CHRISTOPHER MILES FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

1

I, Eduard Korsinsky, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Christopher Miles ("Movant") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    PSLRA Certification signed by Movant attesting to his purchases of Markel Corporation securities;

Exhibit B:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Markel Corporation securities;

Exhibit C:    Press Release published January 11, 2019, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Bergen v. Markel Corporation., et al.*, Case No. 1:19-cv-00319-RA.

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

*[Signature on Following Page}*

3

Dated: March 12, 2019

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Eduard Korsinsky*
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Counsel for Movant and [Proposed] Lead
Counsel for the Class*

3