# EXHIBIT B

**Christopher Miles**
**Transactions in Markel Corporation (MKL) Securities**
**Class Period: July 26, 2017 and December 6, 2018, inclusive**

| Net Retained Shares | 200 |
|---|---|
| **Total Retained Cost** | $ 233,410.00 |
| **Net Funds Expended** | $ 233,410.00 |
| **90-Day Average** | $    1,024.81 |
| **Losses** | $   28,448.03 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 4/9/2018 | B | 100 | 1153.9000 | 115,390.00 |
| 10/8/2018 | B | 100 | 1180.2000 | 118,020.00 |