**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID BERGEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MARKEL CORPORATION, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI, and JEREMY A. NOBLE,<br><br>    Defendants. | Case No.: 1:19-cv-00319-RA<br><br>Hon. Ronnie Abrams |
| LANCE ARTHUR WELLINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MARKEL CORPORATION, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI, and JEREMY A. NOBLE,<br><br>    Defendants. | Case No.: 1:19-cv-01947-RA<br><br>Hon. Ronnie Abrams |
| GLEN COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MARKEL CORPORATION, ALAN I. KIRSHNER, THOMAS S. GAYNER, RICHARD R. WHITT III, ANNE G. WALESKI and JEREMY A. NOBLE,<br><br>    Defendants. | Case No.: 1:19-cv-02133-RA<br><br>Hon. Ronnie Abrams |

**CHRISTOPHER MILES'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Movant Christopher Miles' ("Movant") motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel should be granted. Between Movant and the competing movant group consisting of Mark Smith, David Bergen, Scott Simon, and Merle Klebanoff, Movant has sustained the largest loss:

| **Movant** | **Loss** |
|---|---|
| Christopher Miles | $28,448.03 |
| Mark Smith, David Bergen, Scott Simon, and Merle Klebanoff | $16,683.45 |

With over $28,448.03 in losses, Movant is by far the movant with the "largest financial interest" in the action and, therefore, is presumptively the "most adequate plaintiff" for the purpose of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, as amended (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B).

The competing movants—Mark Smith, David Bergen, Scott Simon, and Merle Klebanoff—have declined to challenge Movant's position as the "most adequate plaintiff." On March 26, 2019, the competing group withdrew their motion seeking to be appointed lead plaintiff, recognizing that that they "do not have the largest financial interest in the above captioned action." Dkt. No. 17.

Given Movant's willingness and suitability to serve as lead plaintiff, he respectfully requests that his motion be granted in its entirety.

## ARGUMENT

### A.    Movant Possesses the "Largest Financial Interest"

The PSLRA provides a presumption that the "most adequate plaintiff" to serve as lead plaintiff is the movant with the "largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Movant is entitled to that presumption because, relative to the

1

other movants, Movant's losses are greater, as shown above.

Movant's presumption as "most adequate plaintiff" may be rebutted only upon proof by a class member that the presumptively most adequate plaintiff "will not fairly and adequately protect the interests of the class" or "is subject to unique defenses that render such plaintiff incapable of adequately representing the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II). No competing movant has made any such showing.

**B.      Movant Will Protect the Interests of the Class and Is Not Subject to Unique Defenses**

The competing movants recognized Movant as the "most adequate plaintiff" to serve as lead plaintiff. On March 26, 2019, the competing group withdrew their motion seeking to be appointed lead plaintiff, recognizing that that they "do not have the largest financial interest in the above captioned action." Dkt. No. 17. Furthermore, the competing group did not raise any argument in an attempt to rebut Movant's presumption as "most adequate plaintiff" or otherwise show that Movant is susceptible to a "unique defense." Movant is the "most adequate plaintiff" to serve as lead plaintiff and should therefore be designated as such.

**C.      Movant's Choice of Counsel Should Be Approved**

Movant has selected and retained Levi & Korsinsky, LLP as the proposed Lead Counsel for the Class. The PSLRA vests authority in the lead plaintiff to select and retain lead counsel. 15 U.S.C. § 78u-4(a)(3)(B)(v). Given Levi & Korsinsky, LLP's extensive experience in the securities litigation area, Movant's choice of counsel should be approved.

## CONCLUSION

For the reasons set forth above and in the opening motion papers, Movant respectfully requests that this Court: (1) consolidate the Actions, (2) appoint Movant as Lead Plaintiff for the Class in the Action; and (3) approve Levi & Korsinsky, LLP as Lead Counsel for the Class.

DATED: March 26, 2019                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By:  /s/ *Eduard Korsinsky*
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Counsel for Movant and*
*[Proposed] Lead Counsel for the Class*

3