# LEVI&KORSINSKY LLP

55 Broadway, 10th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5|21|2019

May 20, 2019

Christopher J. Kupka
ckupka@zlk.com

**VIA ELECTRONIC CASE FILING**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

## MEMO ENDORSED

Re:   ***In re Markel Corp. Sec. Litig.*, No. 1:19-cv-00319-RA (S.D.N.Y.)**

Dear Judge Abrams:

My firm, Levi & Korsinsky, LLP ("L&K"), represents Lead Plantiff Christopher Miles in the subject action. We write pursuant to Rule 1.D of Your Honor's Individual Rules & Practices in Civil Cases to request an extension of time for Lead Plaintiff to file his first amended class action complaint. Lead Plaintiff respectfully requests an extension from the original due date of June 7, 2019 until July 8, 2019 in which to file the pleading. This is Lead Plaintiff's first request for an extension. Defendants consent to this extension. Because the requested extension affects other scheduled dates, the parties have prepared and submit contemporaneously herewith a stipulation and [proposed] order providing for a revised schedule, as required by Rule 1.D.

We thank Your Honor for the Court's time and attention to this request and are available to answer any questions which the Court may have.

Application granted.
SO ORDERED.

Hon. Ronnie Abrams
5/21/2019

Very truly yours,

**LEVI & KORSINSKY, LLP**

*/s/ Christopher J. Kupka*
Christopher J. Kupka

Encl.

cc:   all counsel of record (via ECF)