USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE MARKEL CORPORATION
SECURITIES LITIGATION

Master File No.: 1:19-cv-00319-RA

## [PROPOSED] ORDER

WHEREAS, plaintiff David Bergen filed his initial complaint on January 11, 2019;

WHEREAS, plaintiff Christopher Miles ("Lead Plaintiff") moved the Court for appointment as lead plaintiff and selection of his counsel as lead counsel on March 12, 2019;

WHEREAS, on April 12, 2019, the Court granted Lead Plaintiff's motion and advised the parties on the appropriate timeframe for amendment of the pleadings and briefing on a motion to dismiss, should defendants Markel Corporation, Alan I. Kirshner, Thomas S. Gayner, Richard R. Whitt III, Anne G. Waleski, and Jeremy A. Noble ("Defendants") elect to move to dismiss Lead Plaintiff's amended pleadings;

WHEREAS, the parties had previously agreed, and the Court had approved, that Lead Plaintiff should file his first amended complaint on June 7, 2019, Defendants should answer or move with respect to the first amended complaint on or before August 2, 2019, Lead Plaintiff should file opposition on or before September 27, 2019, and Defendants should reply on or before October 28, 2019;

WHEREAS, Lead Plaintiff had sought consent from Defendants for an additional thirty days in which to file his first amended complaint, and Defendants so consented;

WHEREAS, by order dated May 21, 2019, the Court ordered an extension of time directing that the Amended Complaint be filed on or before July 8, 2019 [Dkt.32]; and

WHEREAS, Lead Plaintiff has sought consent from Defendants for an additional thirty days in which to file his first amended complaint, and Defendants do not object to the request;

1

IT IS HEREBY ORDERED that:

- Lead Plaintiff shall file his first amended class action complaint on or before August 6, 2019;

- Defendants shall answer, move to dismiss, or otherwise move with respect to the first amended class action complaint on or before October 4, 2019;

- Lead Plaintiff shall file opposition to Defendants' motion to dismiss on or before December 5, 2019; and

- Defendants shall file their reply brief on or before January 6, 2020.

IT IS SO ORDERED.

DATED: _____July 3_____, 2019        _____

The Honorable Ronnie Abrams
UNITED STATES DISTRICT JUDGE

2